IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM LAWLER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 10-196** |
| **RICHARDSON, ET AL.,** | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

    **AND NOW**, this ___ day of June, 2012, upon consideration of Plaintiff's Motion for a New Trial (Doc. 66), and Defendants' Response in Opposition thereto (Doc. 67), and for the reasons set forth in the attached Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED**.

                                                                     **BY THE COURT:**

                                                                     /s/ Petrese B. Tucker

                                                                   _____

                                                                   **Hon. Petrese B. Tucker, U.S.D.J.**